*U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| | | **Belgium Evidence** | | | |
| 1a | 762-766, 768-797-798 | Items seized from Xu Heng - photos in Belgium | 10/20 | 10/20 | Berrevoets |
| 1b | 784, 798-799 | Tickets seized from Xu Heng - photos in Belgium | 10/20 | 10/20 | Berrevoets |
| 1c | 731, 779-780, 785-786, 797, 1326 | U.S. currency seized from Xu Heng - photos in Belgium | 10/20 | 10/20 | Berrevoets |
| 1d | 792, 794 | Phones seized from Xu Heng - photos in Belgium | 10/20 | 10/20 | Berrevoets |
| 2a | | Xu Yanjun - Chinese Passport and Shengen Visa (original) | 10/20 | 10/20 | Berrevoets |
| 2b | 772, 774, 777, 776, 778, 797 | Xu Yanjun - Chinese Passport and Shengen Visa - photos in Belgium | 10/20 | 10/20 | Berrevoets |
| 2c | 6722-6726; Tier 5 | Xu Yanjun - Chinese Passport and Shengen Visa - FBI pictures | 10/21 | 10/20 | Hull |
| 3 | | Xu Yanjun - phones seized - photos in Belgium | 10/20 | 10/20 | Berrevoets |
| 4a | | Xu Yanjun - PRC National ID Card (original) | 10/20 | 10/20 | Berrevoets |
| 4b | | Xu Yanjun - Merchant Credit Card (original) | 10/20 | 10/20 | Berrevoets |
| 4c | 669-670; Tier 1 | Xu Yanjun Credit Card and National ID (translated) | 10/20 | 10/20 | Berrevoets |
| 5-002 | | Maps of Europe | 10/20 | 10/20 | Berrevoets |
| | | | | | |
| | | **Hauwai Mate S Phone - Xu Yanjun** | | | |
| 6a | | Hauwai Mate - Extraction Report, p. 1-3 | 10/20 | 10/20 | Vokas |
| 6b | | Hauwai Mate - Passwords report | 10/20 | 10/20 | Vokas |
| 6c | | Hauwai Mate - Photo files - summary | 10/20 | 10/20 | Vokas |
| 6d | 3580-3581 | Photos of passports for Heng and Xu | 10/20 | 10/20 | Vokas |
| 6e | 3574-3576 | Image 66 (with translation) | 10/20 | 10/20 | Vokas |
| 6f | 3578-3579 | Image 20180401 (with translation) | 10/20 | 10/20 | Vokas |
| 6g | | Hauwai Mate - Timeline | 10/20 | 10/20 | Vokas |
| 6h | | Hauwai Mate – Timeline (with translation) | 10/20 | 10/20 | Vokas |

*U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| | | **iPhone 5s - Xu Yanjun** | | | |
| 7a | | Apple iPhone 5s - Extraction Report, 1-3 | 10/20 | 10/20 | Vokas |
| 7b | | Apple iPhone 5s - Timeline Report | 10/20 | 10/20 | Vokas |
| 7c | 3597-3598 | Apple iPhone 5s - Timeline (with translations) | 10/20 | 10/20 | Vokas |
| 7d | | Apple iPhone 5s - Images Report | 10/20 | 10/20 | Vokas |
| 7e | | Apple iPhone 5s - IMG_0021 | 10/20 | 10/20 | Berrevoets |
| 7f | | iPhone 5s - FBI photos | 10/20 | 10/20 | Vokas |
| | | **Honor 7 Phone - Xu Heng** | | | |
| 8a | | Honor 7 - Extraction Report, p. 1-3 | 10/20 | 10/20 | Vokas |
| 8b | | Honor 7 - Timeline Report | 10/20 | 10/20 | Vokas |
| 8c | 3595 | Honor 7 - Timeline (with translations) | 10/20 | 10/20 | Vokas |
| 8f | | Honor 7 - Employee 1 photos - excerpts – Report **SEALED** | 10/22 | 10/22 | Hull |
| 8g | | Honor 7 - Employee 1 photos - excerpts – PPT **SEALED** | 10/22 | 10/22 | Hull |
| | | **iPhone 6s - Xu Heng** | | | |
| 9a | | Apple iPhone 6s - Extraction Report, p. 1-15 | 10/20 | 10/20 | Vokas |
| 9b | | Photo of IMEI on iPhone 6s | 10/20 | 10/20 | Vokas |
| 9c | Tier 7; excel file | iCloud subscriber report for Heng | 10/20 | 10/20 | Vokas |
| 10 | | Organizational Chart – Chinese government and related entities | 10/19 | 10/19 | Mulvenon |
| 11a | Tier 6, subfolder 2 - 6851-7048 (French) | Records from France regarding Xu Yanjun and Xu Heng (original). | 10/21 | 10/21 | Hull |
| 11b | 7775-7836, 8132-8209 (English translations) | Translations of records from France - Xu Yanjun and Xu Heng. | 10/21 | 10/21 | Hull |
| 11c | 7778-7785 | Xu Yanjun Visa Report - Subset of MLAT records. | 10/21 | 10/21 | Hull |

*U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| 11d | 8144, 8149-8150, 8164-8165 | Xu Yanjun records - Subset of MLAT records. | 10/21 | 10/21 | Hull |
| 11e | 7786-7793 | Xu Heng Visa Report - Subset of MLAT records. | 10/21 | 10/21 | Hull |
| 11f | 8207, 8203, 8182 | Xu Heng records - Subset of MLAT records. | 10/21 | 10/21 | Hull |
| 11g | 8132, 8151-8152 | Nanjing Loute records - Subset of MLAT records. | 10/21 | 10/21 | Hull |
| 11h | 6884-6893, 6896 | Excerpts of MLAT applications | 10/21 | 10/21 | Hull |
| | | **Email and iCloud Accounts** | | | |
| 13 | Tier 5, subfolder 8 | Jastxyj Gmail Account - subscriber and login information | 10/20 | 10/20 | Vokas |
| 16 | Tier 5, subfolder 8 | JastQuHui Gmail Account - subscriber and login information | 10/20 | 10/20 | Vokas |
| 17 | 8226-8230 | quhui11@yahoo account information | 10/21 | 10/21 | Hull |
| 18 | | Summary of Email Account Subscriber Information | 10/21 | 10/21 | Hull |
| 19 | Tier 5, subfolder 5 | jastxyj@gmail - iCloud account - subscriber information | 10/20 | 10/20 | Vokas |
| 20 | Tier 10 | jastquhui gmail - iCloud account - subscriber information | 10/20 | 10/20 | Vokas |
| | | **Xu's Identification and Job Records** | | | |
| 21a | | Xu Yanjun -Cadre Approval/Removal Appointment Application Form (Chinese) | 10/21 | 10/21 | Hull |
| 21b | 664-668; Tier 1 (10c) | Xu Yanjun - Cadre Approval/Removal Appointment Application Form (English) | 10/21 | 10/21 | Hull |
| 22 | | UFED report – photos from phone backup | 10/21 | 10/21 | Hull |
| 23 | 3622-3623, 3651; Tier 5, subfolder 7 (images from Cloud-iPhone 5s) | Xu Yanjun - PRC National ID Card (photo of card) | 10/21 | 10/21 | Hull |
| 24 | 3634-3648 | Shengen Registration card (photo of card) | 10/21 | 10/21 | Hull |
| 25 | 3627-3631; 3643-3645; 3653; Tier 5, subfolder 7 | Paystubs and translations (photos) | 10/21 | 10/21 | Hull |

## *U.S. v. Yanjun XU*
Case No. 1:18-cr-00043  
Government's Trial Exhibit List  
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| 26 | 3546, 3632; Tier 5, subfolder 7 | Bank fund withdrawal application - 3/10/2017 (image 5480.pic) | 10/21 | 10/21 | Hull |
| 27 | Tier 5, subfolder 7; 3652, 3626 | Form completed by Zhong Lin | 10/21 | 10/21 | Hull |
| 28 | 3650, 3639; Tier 5, subfolder 7 | Admission letter to NUAA graduate school in Aerospace Engineering (image 7211.pic) | 10/21 | 10/21 | Hull |
| | | | | | |
| | | **Xu's Cloud Calendar** | | | |
| 29a | | iPhone 5s backup - Calendar UFED Report | 10/21 | 10/21 | Hull |
| 29b | Tier 5, subfolder 7, file 948208; #3874-3907 | iPhone 5 s backup - Calendar (abridged excel) | 10/21 | 10/21 | Hull |
| 29c | | Subset of Calendar | 10/21 | 10/21 | Hull |
| 31a | | Original recording of Xu's tutoring session - 20161212 202830.m4a | 10/21 | 10/21 | Hull |
| 31b | 1523-1544 | Transcript of 12-12-2016 Recording. | 10/21 | 10/21 | Hull |
| | | | | | |
| | | **Text Messages** | | | |
| 32a | | UFED Report of Messages with original translations | 10/21 | 10/21 | Hull |
| 32b | 1430 | 3-3-2014 message to Ouyang | 10/21 | 10/21 | Hull |
| 32c | 1413, 1623-1624 | 9-19-2014 message to Dean Zhu Chunling | 10/21 | 10/21 | Hull |
| 32d | 1429 | 9-2014 messages with Boxiu Shen | 10/21 | 10/21 | Hull |
| 32e | 1427 | 12-10-2014 Message to Cai Yaliang | 10/21 | 10/21 | Hull |
| 32f | 2495 | 8-28-2015 Message to Wang Wei | 10/21 | 10/21 | Hull |
| 32g | 2495 | 11-29-2014 Message to Secretary Xia | 10/21 | 10/21 | Hull |
| 32h | 2498; line 7373 | 12-26-2013 message to Cheng | 10/21 | 10/21 | Hull |
| 32i | 2497; line 5596 | 4-1-2014 message to Chief Gao | 10/21 | 10/21 | Hull |
| | | | | | |
| | | **WeChats (Surface) relating to Xu Yanjun's work** | | | |
| 33a | | UFED Report of Messages with original translations | 10/21 | 10/21 | Hull |
| 33b | 1898-1912 | WeChat with Juice, and photo and translation | 10/21 | 10/21 | Hull |
| 33c | 1924-1925, 1941, 1977 | WeChat with Zhong Lin, and photo and translation | 10/21 | 10/21 | Hull |

*U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| **EX. No.** | **BATES NUMBERS** | **DESCRIPTION** | **Offered** | **Admitted** | **Witness** |
|---|---|---|---|---|---|
| **33d** | 1805-1823, 1674 | WeChats with Li Yan | 10/21 | 10/21 | Hull |
| **33e** | 1837-1842 | 2-19-2016 WeChat with Shansm0527 (Yuanwai) | 10/21 | 10/21 | Hull |
| **33f** | 1824-1836 (specifically 1832) | WeChat exchanges with Yang Jianhai at Longrising Assets re: investments | 10/21 | 10/21 | Hull |
| **33g** | 1894-1897 | WeChat exchange with Vivian | 10/21 | 10/21 | Hull |
| **33h** | 1695, 1705-1707 | WeChat exchange with Gu Ning | 10/21 | 10/21 | Hull |
| **34** | | WeChat Handles | 10/22 | 10/22 | Hull |
| **35a** | | Microsoft Subscriber Records (Employee 1) | 10/22 | 10/22 | Hull |
| **35b** | | Google Subscriber Records (Employee 1) | 10/22 | 10/22 | Hull |
| **36** | | Calendar Notes - Zha Rong, Chen Li, Song and Sixth Bureau | 10/21 | 10/21 | Hull |
| **37a** | 2747-2748, also in 1442 | 10/21/2014 message from Xu. | 10/21 | 10/21 | Hull |
| **37b** | 2747-2748, also in 1442 | 10/21/2014 message from Xu – UFED and original translation | 10/21 | 10/21 | Hull |
| **38a** | 2470-2486 | Messages with Zha Rong – UFED and original translation | 10/21 | 10/21 | Hull |
| **38b** | | Messages with Zha Rong | 10/21 | 10/21 | Hull |
| **38c** | | Messages with Zha Rong - subset | 10/21 | 10/21 | Hull |
| **39a** | 1431-1435 | Messages with Chai Meng – UFED and original translations | 10/21 | 10/21 | Hull |
| **39b** | | Messages with Chai Meng | 10/21 | 10/21 | Hull |
| **40a** | 2730-2736, 2750-2751 | Messages with Li Guozhi – UFED and original translations | 10/21 | 10/21 | Hull |
| **40b** | 2730-2736, 2750-2751 | Messages with Li Guozhi | 10/21 | 10/21 | Hull |
| **41a** | 2692-2699, 2705-2707, 2712-2716, 2738-2740, 2743-2746 | AVIC Messages - UFED Report with original translations | 10/21 | 10/21 | Hull |
| **41b** | | Summary of AVIC/603 Institute references | 10/21 | 10/21 | Hull |
| **42a** | | He Guanqing Messages – UFED and original translations | 10/21 | 10/21 | Hull |
| **42b** | | He Guangqing Messages – Summary | 10/21 | 10/21 | Hull |
| **43a** | 7924 | Qu Hui email of Bin Liang Resume - Chinese | 10/21 | 10/21 | Hull |

*U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| 43b | 6735, Tier 6, subfolder 10 | Qu Hui email of Bin Liang Resume - English | 10/21 | 10/21 | Hull |
| 43c | 5906, 5556, 5895-5903, 5911, 5928-5929, 5936 | Qu Hui emails with Bin Liang - Chinese | 10/21 | 10/21 | Hull |
| 43d | 5906, 5556, 5895-5903, 5911, 5928-5929, 5936 | Qu Hui emails with Bin Liang - English | 10/21 | 10/21 | Hull |
| 43e | | Summary of Bin Liang meeting | 10/21 | 10/21 | Hull |
| 44a | | Summary of Li Jiang meetings | 10/22 | 10/22 | Hull |
| 44b | 2706-2707 | Tao Xiaojiang messages – UFED and original translations | 10/22 | 10/22 | Hull |
| 44c | 2483, 2494, 2395, 1671 | Li Jiang messages – UFED and original translations | 10/22 | 10/22 | Hull |
| 44d | 2480, 2481 | Zha Rong messages – UFED and original translations | 10/22 | 10/22 | Hull |
| 44e | 2633-2634 | Liang Shunjun – UFED and original translations | 10/22 | 10/22 | Hull |
| 45a | | Summary of Yin Junfei meetings | 10/22 | 10/22 | Hull |
| 45b | | Chen Li messages | 10/22 | 10/22 | Hull |
| 45c | 1425 | Chen Li messages – UFED and original translations | 10/22 | 10/22 | Hull |
| | | | | | |
| | | **JAST** | | | |
| 46d | 2494 | 8/21/2014 Messages with Zhang Zhaoming – UFED with translation | 10/22 | 10/22 | Hull |
| 47a | 5562 | 9-18-2013 email to Amoy Yang - Chinese | 10/22 | 10/22 | Hull |
| 47b | 5889 | 9-18-2013 email to Amoy Yang - English | 10/22 | 10/22 | Hull |
| 48a | 7932 | 5-8-2014 email to Zhang re: JAST - Chinese | 10/22 | 10/22 | Hull |
| 48b | 6740-6741 | 5-8-2014 email to Zhang re: JAST - English | 10/22 | 10/22 | Hull |
| 49a | 3620, 3542-3543 | JAST Website on 5-22-2013 - Chinese and English | 10/22 | 10/22 | Hull |
| 49b | 3621, 3544 | JAST Website on 6-21-2018 - Chinese and English | 10/22 | 10/22 | Hull |
| | | | | | |
| | | **NUAA** | | | |
| 50 | | Calendar References - NUAA | 10/22 | 10/22 | Hull |
| 51a | 1419-1420 | SMS Messages with Chen Feng | 10/22 | 10/22 | Hull |
| 51b | 1410 | Additional SMS Messages with Chen Feng (3/2014) | 10/22 | 10/22 | Hull |

6

## *U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| **51c** | | SMS Messages with Chen Feng - UFED Report and original translations | 10/22 | 10/22 | Hull |
| | | | | | |
| | | **Nanjing Loute Technology** | | | |
| **56a** | | Nanjing Loute Technology - Summary (document 27, also doc 6) - Chinese | 10/22 | 10/22 | Hull |
| **56b** | 2773-2776 | Nanjing Loute Technology - Summary (document 27, also doc 6) - English | 10/22 | 10/22 | Hull |
| **57** | 3637-38, 3648-49 | Nanjing Loute Technology receipts - pictures and translations | 10/22 | 10/22 | Hull |
| **58** | | Paris Air Show tickets (document 536) | 10/22 | 10/22 | Hull |
| **59a** | | Summary of Paris 2017 WeChats – excerpts | 10/22 | 10/22 | Hull |
| **59b** | 1692-1694 | Zha Rong WeChat – UFED and original translation. | 10/22 | 10/22 | Hull |
| **59c** | 2134-2224 | Chat #25 (June 2017) – UFED and original translation (excerpts) | 10/22 | 10/22 | Hull |
| **59d** | 2326-2341, 2358 | Chat #63 – UFED with original translations (excerpts) | 10/22 | 10/22 | Hull |
| | | | | | |
| | | **GE Aviation** | | | |
| **60a** | 001-0046 | Emails with Employee 1 prior to the June 2017 trip (Chinese) | 10/22 | 10/22 | Hull |
| **60b** | 001-0046 | Emails with Employee 1 prior to the June 2017 trip (English translation) | 10/22 | 10/22 | Hull |
| **61** | 0052-57, 0059 | Employee 1's budget and itinerary | 10/29 | 10/29 | Zheng |
| **62** | 437-475 | Employee 1's final presentation and email | 10/22 | 10/22 | Hull |
| **63a** | 0058 | Photos of Employee 1's trip to China (hotel and Qu Hui business card) | 10/29 | 10/29 | Zheng |
| **63b** | 8129 | Qu Hui business card (and translation) | 10/21 | 10/21 | Hull |
| **64a** | 0509-516 | June 2017 WeChats - Employee 1 and Chen Feng from NUAA | 10/22 | 10/22 | Hull |
| **64b** | | June 2017 WeChats with Chen Feng – original Chinese and translations. | 10/22 | 10/22 | Hull |
| **66a** | | June 2017 WeChats - Employee 1 and Xu (Youjan account) | 10/22 | 10/22 | Hull |
| **66b** | 1636-1641 | June 2017 WeChats - Employee 1 and Xu (Youjan account) – original translation | 10/22 | 10/22 | Hull |
| **66c** | | June 2017 WeChats - Employee 1 and Xu (Youjan account) – Extraction report | 10/22 | 10/22 | Hull |
| **67a** | | Screenshots of WeChats (original) – November 2017 to March 2018 | 10/22 | 10/22 | Hull |
| **67b** | 518-535; 11546-11567 | WeChats between Employee 1 and Chen Feng and Qu Hui (November 2017 - March 2018) - translations | 10/22 | 10/22 | Hull |

## U.S. v. Yanjun XU
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| 67c | | Screenshots of WeChats (English) – November 2017 to March 2018 | 10/22 | 10/22 | Hull |
| 68 | 555,566, 643 | 2-3-2018 email from Employee 1 to Qu Hui | 10/22 | 10/22 | Hull |
| 69 | 557, 567, 578, 1263-1265 | 2-5-2018 email from Qu Hui to Employee 1. | 10/22 | 10/22 | Hull |
| 70 | 556, 569, 558, 570 | 2-5-2018 email from Qu Hui to Employee 1 | 10/22 | 10/22 | Hull |
| 71 | 559, 571, 560, 572 | 2-7-2018 email from Qu Hui to Employee 1 | 10/22 | 10/22 | Hull |
| 72 | 561, 573, 579-642 | 2-14-2018 email from Employee 1 to Qu Hui | 10/22 | 10/22 | Hull |
| 73 | 562, 6849 | 2-23-2018 email from Qu Hui to Employee 1 | 10/22 | 10/22 | Hull |
| 74 | 583, 6850 | 2-25-2018 email from Employee 1 to Qu Hui | 10/22 | 10/22 | Hull |
| 75a | | 2-28-2018 Recorded call between Employee 1 and Qu Hui | 10/22 | 10/22 | Hull |
| 75b | 8114-8127 | Transcript of 2-28-2018 Recorded call between Employee 1 and Qu Hui | 10/22 | 10/22 | Hull |
| 76 | 564, 574, 565, 575-577 | 3-21-2018 emails from Employee 1 to Qu Hui (Chinese and English) | 10/22 | 10/22 | Hull |
| 77a | | Screenshots of WeChats (original) – March to April 2018 | 10/22 | 10/22 | Hull |
| 77b | 0536-541; 11540-11545 | WeChat between Employee 1 and Qu Hui (March 2018-April 2018) | 10/22 | 10/22 | Hull |
| 77c | | Screenshots of WeChats (English) – March to April 2018 | 10/22 | 10/22 | Hull |
| 78 | | Diagram of turbine engine with fan blades | 10/26 | 10/26 | Ramadwala |
| 80 | 8572 | Zha Rong business card (NUAA) | 10/27 | 10/27 | Gao |
| 82 | 9514 | Photo of Arthur Gau and others - October 2017 | 10/27 | 10/27 | Gao |
| 83 | 9513 | Photo of Gao Zheng | 10/27 | 10/27 | Gao |
| 84 | 9512 | Business card of Gao Zheng | 10/27 | 10/27 | Gao |
| 85 | 9295-9298, 9300, 9326, 9358, 9408, 9467-9474 | Gau emails to Mujin; Business records certificate | 10/27 | 10/27 | Gao |
| 86a | | Recording of October 13, 2017 meeting. | 10/22 | 10/22 | Hull |
| 86b | 3656-3871 | Transcript of recording of October 13, 2017 meeting. | 10/22 | 10/22 | Hull |
| 86c | | Excerpt of October 13, 2017 transcript – Post-Gau meeting | 10/22 | 10/22 | Hull |
| 86d | | Excerpt of October 13, 2017 transcript – Xu calls | 10/22 | 10/22 | Hull |
| 87a | 1653-1665 | Gau WeChat #58 - 2016 | 10/22 | 10/22 | Hull |
| 87b | 1599-1601 | Gau Wechat #14 - January 2017 | 10/22 | 10/22 | Hull |

## U.S. v. Yanjun XU
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| 87c | 1594-1598 | Gau WeChat #6 - January 2017 | 10/22 | 10/22 | Hull |
| 87d | | Gau WeChats – UFED and original translations | 10/22 | 10/22 | Hull |
| 88a | 5134, 5441, 5445, 5475 | Jastburton emails with Gau - Chinese | 10/27 | 10/27 | Gao |
| 88b | 6837, 6844-6847 | Jastburton emails with Gau - English | 10/27 | 10/27 | Gao |
| 89 | 8733-8734 | Mujin tasking list - January 2018 | 10/27 | 10/27 | Gao |
| 90a | 5769-5770, 5786, 5817-5819, 5840-5849, 5852-5858 | Emails between Sun Li and Qu Hui, 2015-2016 (Chinese) | 10/26 | 10/26 | Sun Li |
| 90b | 5930-5931, 5934, 5940-5957 | Emails between Sun Li and Qu Hui, 2015-2016 (English) | 10/26 | 10/26 | Sun Li |
| 91b | 1666-1668 | WeChat with Sun Li – UFED and original translation | 10/26 | 10/26 | Sun Li |
| 92 | | Summary Exhibit for Sun Li Communications | 10/26 | 10/26 | Sun Li |
| 93a | 5803 | 2/29/2016 email from jastquhui to Charles Zhan - Chinese | 10/22 | 10/22 | Hull |
| 93b | 5937 | 2/29/2016 email from jastquhui to Charles Zhan - English | 10/22 | 10/22 | Hull |
| 94a | 7943-7944, 7947-7952 | jastxyj gmails relating to Linda Li (Chinese) | 10/22 | 10/22 | Hull |
| 94b | 6748-6756, plus attachments | jastxyj gmails relating to Linda Li (English) | 10/22 | 10/22 | Hull |
| 95a | 1408-1409 | SMS Messages with Yongliang Chen | 10/22 | 10/22 | Hull |
| 95b | 1421-1422 | SMS Message with Ning Zhao | 10/22 | 10/22 | Hull |
| 95c | 1625 | WeChat with Cao Dong | 10/22 | 10/22 | Hull |
| 95d | | Linda Li Messages – UFED and original translations | 10/22 | 10/22 | Hull |
| 96a | | Linda Li - Summary of Communications | 10/22 | 10/22 | Hull |
| 97a | 3537-3539 | Zhang Hui LinkedIn Records - Chinese | 10/22 | 10/22 | Hull |
| 97b | 8102-8104 | Zhang Hui LinkedIn Profile - English | 10/22 | 10/22 | Hull |
| 98a | | Emails from LinkedIn to jastxyj gmail - Zhang Hui (Chinese) | 10/22 | 10/22 | Hull |
| 98b | 6793-6795 | Emails from LinkedIn to jastxyj gmail - Zhang Hui (English) | 10/22 | 10/22 | Hull |
| 100 | | Olson Demonstrative – The Recruitment Cycle | 10/29 | 10/29 | Olson |
| 107a | | SMS Messages with Tian Xi | 10/22 | 10/22 | Hull |

*U.S. v. Yanjun XU*
Case No. 1:18-cr-00043
Government's Trial Exhibit List
Final 11/2/202 - JURY

| EX. No. | BATES NUMBERS | DESCRIPTION | Offered | Admitted | Witness |
|---|---|---|---|---|---|
| **107 b** | 1402-1407 | SMS Messages with Tian Xi – UFED and original translations | 10/22 | 10/22 | Hull |
| **108 a** | | Song Sicheng messages | 10/22 | 10/22 | Hull |
| **108 b** | 2466 | Messages with Song Sicheng – UFED and original translations | 10/22 | 10/22 | Hull |
| **109 a** | 2674-2676 | Messages with Gu Geng- January 2014 | 10/22 | 10/22 | Hull |
| **109 b** | 1626-1627 | Messages with Gu Geng- April 2014 | 10/22 | 10/22 | Hull |
| **109 c** | | Gu Geng message – January 2014 – UFED and original translations | 10/22 | 10/22 | Hull |
| **109 d** | | Gu Geng message – April 2014 - UFED and original translations | 10/22 | 10/22 | Hull |
| **110** | | Summary of Suzhuo incident | 10/22 | 10/22 | Hull |
| **111** | | Termination Records – Gu Geng and Tian Xi | 10/22 | 10/22 | Hull |